# United States Court of Appeals for the Fifth Circuit

---

No. 22-50791
CONSOLIDATED WITH
No. 22-50799
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
March 6, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOSE LUIS MANRIQUEZ-GUTIERREZ,

*Defendant—Appellant*.

---

Appeals from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-106-1
USDC No. 4:22-CR-176-1

---

Before STEWART, DUNCAN, and WILSON, *Circuit Judges.*

PER CURIAM:[*]

Jose Luis Manriquez-Gutierrez appeals his conviction and sentence for illegal entry into the United States after deportation under 8 U.S.C. § 1326(a) and (b)(1). He renews his argument that the recidivism

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

enhancement in § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory maximum established by § 1326(a), based on facts that are neither alleged in the indictment nor found by a jury beyond a reasonable doubt. While Manriquez-Gutierrez acknowledges this argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), he nevertheless seeks to preserve it for possible Supreme Court review. In addition, Manriquez-Gutierrez has filed an unopposed motion for summary disposition.

This court has held that subsequent Supreme Court decisions such as *Alleyne v. United States*, 570 U.S. 99 (2013), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), did not overrule *Almendarez-Torres*. *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). Thus, Manriquez-Gutierrez is correct that his argument is foreclosed, and summary disposition is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

As Manriquez-Gutierrez raises no issue with respect to the revocation of his supervised release, he has abandoned any challenge to the revocation or revocation sentence. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993).

Manriquez-Gutierrez's motion is GRANTED, and the district court's judgment is AFFIRMED.